IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-02558-CNS-MEH | Date: April 30, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JESSICA EDGAR<br>**Plaintiff** | *Mary McClatchey* |
| v. | |
| ADVANCED EXTERIORS INC<br>TYLER CORREY<br>**Defendants** | *Kiron Kothari via video conference* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:01 a.m.

Appearance of counsel.

Argument as to [29] Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief given by Mr. Kothari and Ms. McClatchey with questions from the Court.

As outlined on the record, it is

**ORDERED:   [29] Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief is DENIED.**

Court in Recess:  10:32 a.m.          Hearing concluded.          Total time in Court:  00:31