IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-02558-CNS-TPO | Date: October 23, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JESSICA EDGAR | *Mary McClatchey* |
| **Plaintiff** | |
| v. | |
| ADVANCED EXTERIORS INC | *Kiron Kothari* |
| TYLER CORREY | |
| **Defendants** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:31 a.m.

Appearance of counsel.

Argument as to [62] Motion in Limine to Exclude Investigative Report given by Ms. McClatchey and Mr. Kothari with questions from the Court.

**ORDERED:   [62] Motion in Limine to Exclude Investigative Report is GRANTED.**

**ORDERED:   [67] Motion to Strike Untimely Acoustics Expert Report, Opinions and Testimony is GRANTED.**

Argument as to [73] Motion to Strike the Expert Report of Lora Manternach given by Ms. McClatchey with questions from the Court.

As outlined on the record, it is

**ORDERED:   [73] Motion to Strike the Expert Report of Lora Manternach is GRANTED in part and DENIED in part.**

**ORDERED:**   **Defendant is granted leave to re-depose this expert on the supplemental report and to rebut the supplemental report.**

**The Court sets the deadline as to the deposition and rebuttal report to December 15, 2024.**

Court in Recess:  11:44 a.m.         Hearing concluded.         Total time in Court:  01:13